NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONALD STEWART ROYCE,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D17-3570
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
    )

Opinion filed February 1, 2019.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard Sanders, Assistant Public Defender,
Bartow, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Kathleen Combs Cline,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


    Affirmed.


LaROSE, C.J., and CASANUEVA and MORRIS, JJ., Concur.